UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA A. JOHNSON,

    Plaintiff,                                      Case No.: 6:19-cv-02139-GAP-EJK

vs.

WALT DISNEY PARKS AND RESORTS
U.S., INC.,

    Defendant.
_____/

## **NOTICE OF APPEAL**

Pursuant to Rules 3 and 4, *Federal Rules of Appellate Procedure*, Notice is hereby given that Plaintiff, PATRICIA A. JOHNSON ("Plaintiff"), in the above-styled action against Defendant, WALT DISNEY PARKS AND RESORTS U.S., INC. ("Defendant"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Middle District Court's Final Order dated May 21, 2021, Final Judgment dated May 24, 2021, and Order on Plaintiff's Motion for Reconsideration dated July 13, 2021.

    Respectfully Submitted,

| | |
|---|---|
| /s/ Richard S. Larson_____ | /s/ Ronald W. Sikes_____ |
| RICHARD S. LARSON, ESQUIRE | RONALD W. SIKES, ESQUIRE |
| Florida Bar No.: 0962961 | Florida Bar No.: 231428 |
| RICK LARSON LAW | SIKES LAW GROUP, PLLC |
| 310 South Dillard Street, Suite 100 | 310 South Dillard Street, Suite 120 |
| Winter Garden, Florida 34787 | Winter Garden, Florida 34787 |

| | |
|---|---|
| Telephone: (407) 877-7115 | Telephone:   (407) 877-7115 |
| Facsimile No.: (407) 877-6970 | Facsimile No.: (407) 877-6970 |
| Email: ricklarsonlaw@gmail.com | Primary: rsikes@sikeslawgroup.com |
| Co-Counsel for Plaintiff | abent@sikeslawgroup.com |
| | rhassett@sikeslawgroup.com |
| | mrosales@sikeslawgroup.com |
| | Co-Counsel for Plaintiff |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 6th day of August, 2021 to:

**JEREMY WHITE, ESQ.**
500 North Capitol Street
N.W., Washington, D.C. 20001
Jmwhite@mwe.com

/s/ Richard S. Larson_____    /s/ Ronald W. Sikes_____
RICHARD S. LARSON, ESQUIRE             RONALD W. SIKES, ESQUIRE